**Electronically Filed
Supreme Court
SCPW-24-0000635
21-JAN-2025
10:49 AM
Dkt. 7 ODDP**

SCPW-24-0000635

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CELESTE M. GONSALVES, Petitioner,

vs.

THE HONORABLE KATHERINE G. LEONARD,
Acting Chief Judge of the Intermediate Court of Appeals,
State of Hawaiʻi, Respondent Judge.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed October 1, 2024, and the record, a writ of mandamus is not intended to be used in lieu of normal appellate procedures, such as a motion filed pursuant to Rule 5 of the Hawaiʻi Rules of Appellate Procedure or an application for writ of certiorari. Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

It is further ordered that the appellate clerk shall refile a redacted version of docket 1. Docket 1 has been sealed because it contains confidential personal information pursuant to Hawaiʻi Court Records Rules 2.19 (eff. 2024) and 9.1 (eff. 2012). Namely, Petitioner's birthdate and social security number.

DATED: Honolulu, Hawaiʻi, January 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens